**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00658-CV

———————————

## IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Liberty County Mutual Insurance Company has filed a petition for

writ of mandamus complaining of the trial court's order denying its Rule 91a

motion to dismiss.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

---

[1] The underlying case is *Breyani Holman Individually A/N/F/ of G.A.H. v. ClaimTECH Solutions and Liberty Mutual Insurance Company*, cause number 2024-64346, pending in the 333rd District Court of Harris County, Texas, the Honorable Tracy Dwight Good presiding.